RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 010089
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:    (702) 839-1100
Facsimile:     (702) 839-1113
*Attorneys for Defendant,*
*STATE FARM MUTUAL AUTOMOBILE*
*INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPHINE A. KISSEL,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　　　　　　　Defendant. | Case No: 2:14-cv--2170-LDG-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF EXTRA-CONTRACTUAL (BAD FAITH AND PUNITIVE DAMAGES) CLAIMS, TO REMAND MATTER TO STATE COURT AND FILE AMENDED COMPLAINT** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff, JOSEPHINE A. KISSEL, by and through her attorney of record, ELAINE H. MARZOLA, ESQ. of the RICHARD HARRIS LAW FIRM and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its attorney, JENNIFER INSLEY MICHERI, ESQ., of the law firm of DENNETT WINSPEAR, LLP, that Plaintiffs' claims for extra-contractual (bad faith), punitive damages, and any other claims involving claims outside of the contractual relationship between State Farm and JOSEPHINE KISSEL are hereby dismissed, with prejudice.

　　　　IT IS FURTHER STIPULATED and agreed that this matter be remanded, by agreement, for resolution of the <u>contractual</u> to Nevada State Court, and Plaintiff will file an Amended Complaint devoid of any averments or claims for any extra-contractual (bad faith), punitive damages, and/or any other claims involving claims outside of the contractual relationship between State Farm and Josephine Kissel, and Defendant will file an Answer thereto.

1  Both sides acknowledge that each side will bear their own attorneys' fees and costs as it
2  relates to the litigation thus far completed, and that further orders and decisions shall be entered
3  and effective through the Nevada State Court upon remand.

DATED this 26th day of August, 2015.          DATED this 26 day of July, 2015

**RICHARD HARRIS LAW FIRM**                    **DENNETT WINSPEAR, LLP**

By: /s/                                        By: /s/
ELAINE H. MARZOLA, ESQ.                        RYAN L. DENNETT, ESQ.
Nevada Bar No. 12442                           Nevada Bar No. 005617
801 South Fourth Street                        JENNIFER INSLEY MICHERI, ESQ.
Las Vegas, Nevada 89101                        Nevada Bar No. 010089
Telephone: (702) 444-4444                      3301 N. Buffalo Drive, #195
Facsimile:  (702) 444-4455                     Las Vegas, Nevada 89129
*Attorneys for Plaintiff,*                     Telephone: (702) 839-1100
*Josephine A. Kissel*                          Facsimile:  (702) 839-1113
                                               *Attorneys for Defendant, STATE FARM*
                                               *MUTUAL AUTOMOBILE INSURANCE CO.*

### ORDER

Good Cause appearing therefore, **IT IS SO ORDERED.**

DATED this 4 day of September, 2015.

/s/
Lloyd D. George
Sr. U.S. District Judge